**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jacquelyn Y Douglas aka Jacquelyn Y. Timmons | CHAPTER 13 |
| Debtor(s) | BKY. NO. 20-11293 mdc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Infiniti Financial Services and index same on the master mailing list.

    Respectfully submitted,

    Respectfully submitted,
**/s/ Rebecca A. Solarz, Esq.**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322