# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: | |
| JACQUELYN Y DOUGLAS | BK. No. 20-11293-mdc |
| AKA JACQUELYN Y. TIMMONS | |
| Debtor | Chapter No. 13 |
| | |
| LOANCARE, LLC, AS SERVICER FOR | |
| LAKEVIEW LOAN SERVICING, LLC | |
| Movant | |
| v. | 11 U.S.C. §362 |
| JACQUELYN Y DOUGLAS | |
| AKA JACQUELYN Y. TIMMONS | |
| Respondent | |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 8th day of September, 2020, at **PHILADELPHIA**, upon Motion of **LOANCARE, LLC, AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 7239 BRENT ROAD, UPPER DARBY, PA 19082 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

JACQUELYN Y DOUGLAS
AKA JACQUELYN Y. TIMMONS  7239 BRENT RD
UPPER DARBY, PA 19082

JERMAINE D. HARRIS
JERMAINE D. HARRIS
21 SOUTH 12TH STREET SUITE 100
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106