# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jacquelyn Y Douglas aka Jacquelyn Y. Timmons <br> _Debtor(s)_ | CHAPTER 13 |
| Infiniti Financial Services <br> _Movant_ <br> vs. | NO. 20-11293 mdc |
| Jacquelyn Y Douglas aka Jacquelyn Y. Timmons <br> _Debtor(s)_ | 11 U.S.C. Section 362 |
| William C. Miller Esq. <br> _Trustee_ | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Infiniti Financial Services, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2011 Nissan Altima, VIN: 1N4BL2AP6BN426973 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  8th  day of  September, 2020.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Jacquelyn Y Douglas aka Jacquelyn Y. Timmons
7239 Brent Rd
Upper Darby, PA 19082

JERMAINE HARRIS, ESQUIRE
21 South 12th Street (VIA ECF)
Suite 100
Philadelphia, PA 19107

William C. Miller Esq.
Chapter 13 Trustee P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532