# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-11293-MDC

JACQUELYN Y DOUGLAS

7239 BRENT RD

UPPER DARBY, PA 19082-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JACQUELYN Y DOUGLAS

    7239 BRENT RD

    UPPER DARBY, PA 19082-

Counsel for debtor(s), by electronic notice only.

    JERMAINE D HARRIS

    21 SOUTH 12TH ST., STE 100
    PHILADELPHIA, PA 19107-

Date: 9/10/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee