United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jacquelyn Y Douglas  
    Debtor

Case No. 20-11293-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 1   Date Rcvd: Sep 08, 2020  
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.  
db             +Jacquelyn Y Douglas,    7239 Brent Rd,    Upper Darby, PA 19082-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:  
        JERMAINE D. HARRIS    on behalf of Debtor Jacquelyn Y Douglas jermaineh02@msn.com  
        JEROME B. BLANK    on behalf of Creditor    LOANCARE, LLC, AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC paeb@fedphe.com  
        JEROME B. BLANK    on behalf of Creditor    Lakeview Loan Servicing, LLC paeb@fedphe.com  
        MARIO J. HANYON    on behalf of Creditor    Lakeview Loan Servicing, LLC paeb@fedphe.com  
        MARIO J. HANYON    on behalf of Creditor    LOANCARE, LLC, AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC paeb@fedphe.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Infiniti Financial Services bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                       TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>JACQUELYN Y DOUGLAS<br>AKA JACQUELYN Y. TIMMONS<br>        Debtor<br><br>LOANCARE, LLC, AS SERVICER FOR<br>LAKEVIEW LOAN SERVICING, LLC<br>        Movant<br>        v.<br>JACQUELYN Y DOUGLAS<br>AKA JACQUELYN Y. TIMMONS<br>        Respondent | BK. No. 20-11293-mdc<br><br>Chapter No. 13<br><br><br><br><br>11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

     **AND NOW**, this  8th   day of   September  , 2020, at **PHILADELPHIA**, upon Motion of **LOANCARE, LLC, AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC** (Movant), it is:

     **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

     **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 7239 BRENT ROAD, UPPER DARBY, PA 19082 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

     **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

JACQUELYN Y DOUGLAS
AKA JACQUELYN Y. TIMMONS  7239 BRENT RD
UPPER DARBY, PA 19082

JERMAINE D. HARRIS
JERMAINE D. HARRIS
21 SOUTH 12TH STREET SUITE 100
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106