```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 20-11293-mdc
Jacquelyn Y Douglas                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP                 Page 1 of 1          Date Rcvd: Sep 08, 2020
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db             +Jacquelyn Y Douglas,    7239 Brent Rd,    Upper Darby, PA 19082-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
              JERMAINE D. HARRIS    on behalf of Debtor Jacquelyn Y Douglas jermaineh02@msn.com
              JEROME B. BLANK    on behalf of Creditor    LOANCARE, LLC, AS SERVICER FOR LAKEVIEW LOAN SERVICING,
               LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Lakeview Loan Servicing, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Lakeview Loan Servicing, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    LOANCARE, LLC, AS SERVICER FOR LAKEVIEW LOAN SERVICING,
               LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Infiniti Financial Services bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jacquelyn Y Douglas aka Jacquelyn Y. Timmons | CHAPTER 13 |
| Debtor(s) | |
| Infiniti Financial Services | |
| Movant | NO. 20-11293 mdc |
| vs. | |
| Jacquelyn Y Douglas aka Jacquelyn Y. Timmons | |
| Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq. | |
| Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Infiniti Financial Services, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2011 Nissan Altima, VIN: 1N4BL2AP6BN426973   in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  8th     day of  September, 2020.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Jacquelyn Y Douglas aka Jacquelyn Y. Timmons
7239 Brent Rd
Upper Darby, PA 19082

JERMAINE HARRIS, ESQUIRE
21 South 12th Street (VIA ECF)
Suite 100
Philadelphia, PA 19107

William C. Miller Esq.
Chapter 13 Trustee P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532