## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jacquelyn Y Douglas aka Jacquelyn Y. Timmons<br>Debtor(s) | CHAPTER 13 |
| Infiniti Financial Services<br>Moving Party<br>vs. | NO. 20-11293 MDC |
| Jacquelyn Y Douglas aka Jacquelyn Y. Timmons<br>Debtor(s) | |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed this Chapter 13 bankruptcy petition on or about March 2, 2020.

2. On or about August 6, 2020, Infiniti Financial Services ("Secured Creditor") filed a Motion for Relief.

3. As evidenced by the included exhibits, the Motion for Relief was intended to be for the 2016 INFINITI QX60, VIN: 5N1AL0MM6GC517042; however, due to a clerical error, an incorrect model and VIN were referenced.

4. No response or objection was filed to the Motion, and the Order for Relief was signed and entered on September 8, 2020.

5. However, due to the clerical error, the Order listed an incorrect vehicle.

6. In order to resolve the error, Secured Creditor and Debtor agree and stipulate that relief from the automatic stay with regards to the 2016 INFINITI QX60, VIN: 5N1AL0MM6GC517042, is effective nunc pro tunc to the September 8, 2020 order.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 22, 2020  By: /s/Rebecca A. Solarz
 Rebecca A. Solarz, Esq.
 Attorney for Secured Creditor

Date: 9/25/20

JERMAINE HARRIS ESQUIRE
Attorney for Debtor(s)

Approved by the Court this __28th__ day of ____September____, 2020. However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge