United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Jacquelyn Y Douglas
    Debtor(s)

Case No. 20-11293-mdc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: PaulP | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelyn Y Douglas, 7239 Brent Rd, Upper Darby, PA 19082-3401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address ,*duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020
        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JERMAINE D. HARRIS | on behalf of Debtor Jacquelyn Y Douglas jermaineh02@msn.com |
| JEROME B. BLANK | on behalf of Creditor LOANCARE  LLC, AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Lakeview Loan Servicing  LLC paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Lakeview Loan Servicing  LLC paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor LOANCARE  LLC, AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Infiniti Financial Services bkgroup@kmllawgroup.com |

District/off: 0313-2                          User: PaulP                                    Page 2 of 2
Date Rcvd: Sep 29, 2020                       Form ID: pdf900                                Total Noticed: 1

United States Trustee                USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.              ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.

                                     on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jacquelyn Y Douglas aka Jacquelyn Y. Timmons<br>Debtor(s) | CHAPTER 13 |
| Infiniti Financial Services<br>Moving Party<br>vs. | NO. 20-11293 MDC |
| Jacquelyn Y Douglas aka Jacquelyn Y. Timmons<br>Debtor(s) | |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed this Chapter 13 bankruptcy petition on or about March 2, 2020.

2. On or about August 6, 2020, Infiniti Financial Services ("Secured Creditor") filed a Motion for Relief.

3. As evidenced by the included exhibits, the Motion for Relief was intended to be for the 2016 INFINITI QX60, VIN: 5N1AL0MM6GC517042; however, due to a clerical error, an incorrect model and VIN were referenced.

4. No response or objection was filed to the Motion, and the Order for Relief was signed and entered on September 8, 2020.

5. However, due to the clerical error, the Order listed an incorrect vehicle.

6. In order to resolve the error, Secured Creditor and Debtor agree and stipulate that relief from the automatic stay with regards to the 2016 INFINITI QX60 , VIN: 5N1AL0MM6GC517042, is effective nunc pro tunc to the September 8, 2020 order.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8.    The parties agree that a facsimile signature shall be considered an original

signature.

Date:    September 22, 2020

By: /s/ Rebecca A. Solarz
      Rebecca A. Solarz, Esq.
      Attorney for Secured Creditor

Date: 9/25/20

JERMAINE HARRIS ESQUIRE
Attorney for Debtor(s)

Approved by the Court this _28th_ day of _____September_____, 2020. However, the court retains
discretion regarding entry of any further order.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge