United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-11293-mdc
Jacquelyn Y Douglas  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 2
Date Rcvd: Oct 08, 2020     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelyn Y Douglas, 7239 Brent Rd, Upper Darby, PA 19082-3401 |
| 14501728 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14477169 | + | Fingerhut, PO Box 70281, Philadelphia, PA 19176-0281 |
| 14477165 | + | IFS, PO Box 6605 77, Dallas, TX 75266-0577 |
| 14500357 | + | Infiniti Financial Services, PO Box 9013, Addison, Texas 75001-9013 |
| 14526263 | + | Infinity Financial Services, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14501260 | + | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 14477164 | + | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14479546 | | Lakeview Loan Servicing, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14479639 | + | Lakeview Loan Servicing, LLC, c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones,LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14495915 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14481828 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14477170 | + | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 09 2020 02:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2020 02:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 09 2020 02:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14501726 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2020 02:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14477166 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2020 02:18:00 | Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 14477171 | + | Email/Text: bnc@nordstrom.com | Oct 09 2020 02:18:44 | Nordstrom, PO Box 79139, Phoenix, AZ 85062-9139 |
| 14500053 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2020 02:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14500052 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2020 02:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14501725 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 01:48:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

Case 20-11293-mdc   Doc 35   Filed 10/10/20   Entered 10/11/20 01:27:59   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: PaulP | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: pdf900 | Total Noticed: 25 |

| 14477167 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Oct 09 2020 01:48:36 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14500310 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Oct 09 2020 02:55:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14477168 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Oct 09 2020 02:18:00 | Wayfair, PO Box 659617, San Antonio, TX 78265-9617 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JERMAINE D. HARRIS | on behalf of Debtor Jacquelyn Y Douglas jermaineh02@msn.com |
| JEROME B. BLANK | on behalf of Creditor LOANCARE LLC, AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Lakeview Loan Servicing LLC paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Lakeview Loan Servicing LLC paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor LOANCARE LLC, AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Infiniti Financial Services bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JACQUELYN Y DOUGLAS

Chapter 13

Debtor

Bankruptcy No. 20-11293-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 8, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JERMAINE D HARRIS

21 SOUTH 12TH ST., STE 100
PHILADELPHIA, PA 19107-

Debtor:
JACQUELYN Y DOUGLAS

7239 BRENT RD

UPPER DARBY, PA 19082-